Filed 2/11/26  P. v. Barrios CA4/3

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION THREE

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | G064750 |
| v. | (Super. Ct. No. 18CF2944) |
| RODRIGO MARTINEZ BARRIOS, | O P I N I O N |
| Defendant and Appellant. | |

Appeal from a judgment of the Superior Court of Orange County, Terri K. Flynn-Peister, Judge. Affirmed.

Heather E. Shallenberger, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

A jury found Rodrigo Martinez Barrios guilty of committing a lewd act on a minor under 14 years of age (Pen. Code, § 288, subd. (a)). The trial court imposed a prison term of six years.

Appointed appellate counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436, setting forth the facts of the case and requesting we review the entire record. Barrios was provided 30 days to file his own written argument, but he did not do so.

After an examination of the entire record and appointed counsel's *Wende* brief, we find no reasonably arguable issue. (*People v. Wende, supra,* 25 Cal.3d at p. 446.) The judgment is affirmed.

## FACTS

In June 2009, then 10-year-old N.C. had been asleep in a bed with her baby sister when she woke up to Barrios, her stepfather, grabbing her legs. Barrios pulled N.C. to the edge of the bed and began to touch her in her vaginal area over her clothing. Barrios then pulled down the green boxers she was wearing and, while holding her with one hand, touched her vaginal area with his other hand.

Barrios pulled down his own boxers and tried to penetrate N.C. with his penis. N.C. reached out toward her sleeping sister. Barrios responded by grabbing N.C.'s legs. When N.C. again reached for her sister, Barrios let her go. N.C. pulled her boxers back on, crawled over to her sister, and "held on to her and just cried."

## DISCUSSION

In appointed appellate counsel's *Wende* brief, counsel did not suggest any potential issues, pursuant to *Anders v. California* (1967) 386 U.S. 738, to assist in our independent review. We have reviewed

2

the record in accordance with our obligations under *Wende* and we find no arguable issues on appeal. (*People v. Kelly* (2006) 40 Cal.4th 106, 124.)

DISPOSITION

The judgment is affirmed.


MOTOIKE, ACTING P. J.

WE CONCUR:


GOODING, J.


SCOTT, J.